| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:04CR54-006/RV |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR '05 415 KI |

| NAME AND ADDRESS OF SUPERVISED RELEASE: Brian J. Rocheleau District of Oregon | DISTRICT Northern Florida | DIVISION Pensacola |
|---|---|---|
| | NAME OF SENTENCING JUDGE Roger Vinson, Senior U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM 05/27/2005 — TO 05/26/2010 |

OFFENSE
Counts 113 and 114: Bank Fraud, 18 U.S.C. §§ 1344 and 2

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Oregon at that Court's order of acceptance of jurisdiction.

5/22/05
Date

*Senior United States District Judge*

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-5-05
*Effective Date*

*United States District Judge*

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 OCT 13 PM 3: 16

FILED

RECEIVED
OCT 12 2005
U.S. PROBATION OFFICE
PENSACOLA, FLORIDA